# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHARELL HORTON AND ANDREA NORWOOD

VERSUS

BATON ROUGE POLICE DEPARTMENT, CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, SAUNDRA W. WATTS, AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

NO.  2021 CW 1141

DECEMBER 06, 2021

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 681306.

---

BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.

**WRIT NOT CONSIDERED.** Relators failed to provide a copy of the judgment, order, or ruling complained of; a copy of the judge's reasons for judgment, order, or ruling (if written); a copy of each pleading on which the judgment, order, or ruling was founded, including any petition(s), answer(s), and the Motion to Strike the Jury; and a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by the relator that no opposing written document was filed in violation of Rule 4-5(C) (6), (7), (8) and (9) of the Uniform Rules of the Louisiana Courts of Appeal. This court further directs relators to provide a copy of the transcript of the hearing on August 2, 2021, so this court may determine what evidence, if any, was admitted at the hearing on the motion, if any new application is filed.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 and 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before January 06, 2022, and must contain a copy of this ruling.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT